UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brad Tukes,

    Petitioner,

v.                             ORDER
                                  Civil No. 05-1765(MJD/SRN)

Joann Fabin, MCF-Moose Lake
Warden Terry Carlson, Sgt.
Speiss, and A/W Hilleran,

    Respondents.

---

The above-entitled matter comes before the Court upon the Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 12, 2005.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court will adopt the Report and Recommendation dated August 12, 2005.

IT IS HEREBY ORDERED that:

1. Petitioner's Application for a writ of hapeas corpus [Docket No. 1] is DENIED;

2. Petitioner's Application to proceed *in forma pauperis* [Docket No. 3] is DENIED; and

    3.    This action is DISMISSED WITHOUT PREJUDICE.

Date: November 22, 2005

                                  s/ Michael J. Davis
                                  Michael J. Davis
                                  United States District Court

Civil No. 05-1765 (MJD/SRN)